Todd M. Friedman (216752)
Adrian R. Bacon (280332)
Meghan E. George (274525)
Thomas E. Wheeler (308789)
Law Offices of Todd M. Friedman, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
mgeorge@toddflaw.com
twheeler@toddflaw.com
*Attorneys for Plaintiffs, LAURA MAKENNA, REGINALD SCOTT, LORI MARIE WEAVER, MARK CASTRO, and DRESSTIN WAGONER, and all others similarly situated*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA MAKENNA, REGINALD SCOTT, LORI MARIE WEAVER, MARK CASTRO, and DRESSTIN WAGONER, individually, and on behalf of other members of the general public similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> AMAZON.COM, LLC, <br><br> Defendants. | Case No. **4:17-cv-04412-YGR** <br><br> **STIPULATION OF DISMISSAL OF PLAINTIFFS' CLAIMS WITH PREJUDICE** <br><br> **[F.R.C.P. 41(a)(1)(A)(ii)]** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, by and through their respective counsel, hereby stipulate to the dismissal of all claims of Plaintiffs Laura Makenna, Reginald Scott, Lori Marie Weaver, Mark

Castro, and Dresstin Wagoner with prejudice and without fees or costs to any party.

Dated: February 23, 2018     **LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

By: /s/Todd M. Friedman_____
Todd M. Friedman, Esq.
Attorney for Plaintiff

Dated: February 23, 2018     **DAVIS WRIGHT TREMAINE LLP**

By: /s/Scott R. Commerson
Scott R. Commerson
Attorney for Defendant

## Certification

I hereby certify, I have obtained the authorization from the above signatories to file the above-referenced document, and that the above signatories concur in the filing's content.

I certify under the penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

Executed on February 23, 2018.

By: /s/ Todd M. Friedman
Todd M. Friedman

## **CERTIFICATE OF SERVICE**

Filed electronically on this 23rd day of February, 2018, with:

United States District Court CM/ECF system

Notification sent electronically on this 23rd day of February, 2018, to:

Honorable Judge Yvonne Gonzalez Rogers
United States District Court
Northern District of California

To All Parties And Their Attorneys' of Record.

s/Todd M. Friedman
Todd M. Friedman, Esq